**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **TRENT LOCKWOOD AND** | § | |
| **LERIN LOCKWOOD** | § | |
| *Plaintiffs,* | § | |
| | § | |
| - vs - | § | **CASE NO. 1:23-cv-1054** |
| | § | **JURY REQUESTED** |
| **STATE FARM LLOYDS** | § | |
| *Defendant.* | § | |
| | § | |
| | § | |

---

**DEFENDANT STATE FARM LLOYDS' NOTICE OF REMOVAL**

---

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW STATE FARM LLOYDS (hereinafter "State Farm"), Defendant, files this

Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 as follows:

### I.    PROCEDURAL BACKGROUND

1.    On March 21, 2023, Plaintiffs Trent Lockwood and Lerin Lockwood ("Plaintiffs")

filed their Original Petition ("the Petition") in the 33rd Judicial District Court of Burnet County,

Texas, Cause No. 55127 ("the State Court Action") against Defendant State Farm Lloyds ("State

Farm" or "Defendant").[1]

2.    State Farm was not served properly because Plaintiff served the incorrect entity on

April 3, 2023.[2]  Because of this, Defendant was not made aware of Plaintiff's lawsuit until on or

about August 28, 2023, and promptly filed an answer on August 31, 2023.

---

[1] *See* Plaintiffs' Original Petition ("Pet."), Exhibit D. All of the filings from the State Court Action are attached hereto
as Exhibits B–E.  The docket sheet for the State Court Action appears at Exhibit B.
[2] *See* Exhibit E.

3.      State Farm timely files this Notice of Removal pursuant to 28 U.S.C. § 1446 to remove the State Court Action from the 33rd Judicial District Court of Burnet County, Texas to the United States District Court for the Western District of Texas, Austin Division.

## II.      NATURE OF THE SUIT

4.      This lawsuit involves a dispute over the alleged non-payment or under-payment of insurance benefits and the handling of Plaintiffs' insurance claims for damages allegedly caused to the Plaintiffs' property.[3] Plaintiff asserts causes of action for breach of contract, violations of the Texas Insurance Code, breach of the duty of good faith and fair dealing, violation of the Texas Deceptive Trade Practices Act, and common law fraud.[4]

## III.      VENUE

5.      Venue for removal is proper in this district and division under 28 U.S.C. § 1441(a) because this district and division encompass the place in which the removed action was pending— the 33rd Judicial District Court of Burnet County, Texas—and a substantial part of the events giving rise to Plaintiffs' claims allegedly occurred in this district.

## IV.      BASIS FOR REMOVAL

6.      Removal is proper based on diversity of citizenship pursuant to 28 U.S.C § 1441(b) because there is complete diversity among the parties to this suit and, according to the Plaintiffs, the amount in controversy exceeds $75,000.00.[5]

### A.      *Diversity of Citizenship*

7.      Here, Plaintiffs were, at the time this action commenced, and still are citizens of the State of Texas.[6]

---

[3] *See generally* Pet., Exhibit D.
[4] *Id.* at ¶¶ 34-62.
[5] *Id.* at ¶ 5.
[6] *Id.* at ¶¶ 2, 3.

8.      For purposes of diversity jurisdiction, a person is a citizen of the state in which he or she is domiciled.[7] "[D]omicile is established by physical presence in a place in connection with a certain state of mind concerning one's intent to remain there."[8] Here, Plaintiffs are residents of Burnet County, Texas.[9] Plaintiffs do not allege that they have any intention of leaving Texas. Therefore, upon information and belief, Plaintiffs are domiciled in the State of Texas and, for diversity purposes, Plaintiffs are citizens of Texas.

9.      At the time the civil action commenced, State Farm was not, and still is not, a citizen of the state of Texas.

10.     State Farm is a "Lloyds Plan" organized under Chapter 941 of the Texas Insurance Code. Such "an unincorporated association is considered to have the citizenship of its members."[10] State Farm consists of an association of underwriters, each of whom were, at the time this civil action was commenced, and still are, citizens and residents of the state of Illinois.[11] Therefore, State Farm is a citizen of Illinois for diversity purposes.

**B.     *Amount in Controversy***

11.     In the Petition, Plaintiffs state they are seeking monetary relief of $250,000.00 but less than $1,000,000.00, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney's fees, in addition to treble damages and exemplary damages.[12] To determine the amount in controversy, in addition to policy limits and potential attorneys' fees, items to be considered in ascertaining the amount in controversy when the insurer could be liable for those

---

[7] *Newman-Green, Inc. v. Alfonzo-Larrain*, 490 U.S. 826, 828 (1989).
[8] *Mississippi Band of Choctaw Indians v. Holyfield*, 490 U.S. 30, 48 (1989).
[9] *Pet.,* Exhibit D ¶¶ 2, 3.
[10] *Royal Ins. Co. of Am. v. Quinn-L Capital Corp.*, 3 F.3d 877, 882 (5th Cir. 1993).
[11] *See* Declaration of Weslie Sawyer, dated September 5, 2023, attached hereto as **Exhibit G**.
[12] *See Pet*., Exhibit D ¶ 5.

sums under state law are, *inter alia,* penalties, statutory damages, and punitive damages—not just interest or costs.[13]

12.    Taking into account Plaintiffs' pled damages range, the amount in controversy for Plaintiff's claims exceeds the $75,000.00 threshold amount.[14] Accordingly, this action may be removed by State Farm pursuant to 28 U.S.C. § 1441(b).

## V.    PROCEDURAL REQUIREMENTS

13.    Pursuant to 28 U.S.C. § 1446(a), the following exhibits are attached and indexed:

| EXHIBIT | DESCRIPTION | DATE |
|---|---|---|
| A | Index to Notice of Removal | |
| B | Burnet County Docket Sheet listing pleadings filed in the State Court Action | September 5, 2023 |
| C | Request for Issuance and Service | March 21, 2023 |
| D | Plaintiffs' Original Petition, filed in the 33rd Judicial District Court of Burnet County, Texas | March 21, 2023 |
| E | Affidavit of Service on State Farm Lloyds[15] | April 3, 2023 |
| F | Defendant State Farm Lloyds' Original Answer | August 31, 2023 |
| G | Declaration of Weslie Sawyer | September 5, 2023 |

---

[13] *See St. Paul Reinsurance Co., Ltd. v. Greenberg*, 134 F.3d 1250, 1253 (5th Cir. 1998); *see also Foret v. Southern Farm Bureau Life Ins. Co.,* 918 F.2d 534, 536 (5th Cir.1990) ("[A]ttorney's fees may be included in determining the jurisdictional amount."); *Allstate Ins. Co. v. Hilbun*, 692 F. Supp. 698, 700 (S.D. Miss.1988) ("Punitive damages can be included to reach the amount in controversy requirement if, under the governing law of the suit, they are recoverable.") (citing *Burnet v. Preferred Life Assurance Soc'y,* 320 U.S. 238, 64 S.Ct. 5, 88 L.Ed. 15 (1943)).

[14] *See Pet*., Exhibit D ¶ 5.

[15] State Farm was not properly served.  State Farm Lloyds' Registered Agent is Corporation Service Company, 211 E. 7th Street, #620, Austin, Texas 78701.

14.     Pursuant to 28 U.S.C. § 1446(a), all pleadings, process, orders and all other filings in the state court action are attached to this Notice.

15.     Pursuant to 28 U.S.C. § 1446(d), written notice of filing of this Notice of Removal will be given to all adverse parties promptly after filing the same.

16.     Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of the Notice of Removal will be filed with the District Clerk for the 33rd District Court of Burnet County, Texas, promptly after filing of same.

## CONCLUSION

WHEREFORE, PREMISES CONSIDERED, Defendant State Farm respectfully requests that the State Court Action be removed and placed on this Court's docket for further proceedings. State Farm also requests any additional relief to which it may be justly entitled.

Respectfully Submitted,

**DYKEMA GOSSETT PLLC**

By:_____
Michael Klein
State Bar No. 11563200
mklein@dykema.com
Courtney E. Raaz
State Bar No. 24126113
craaz@dykema.com
One Congress Plaza
111 Congress Avenue, Suite 1800
Austin, Texas 78701
(512) 703-6300
(512) 703-6399 (Fax)

***ATTORNEYS FOR DEFENDANT
STATE FARM LLOYDS***

## CERTIFICATE OF SERVICE

I certify that on the 5th of September, 2023, a true and correct copy of the foregoing document was served in accordance with the FEDERAL RULES OF CIVIL PROCEDURE to counsel of record:

H. Clay List
Shaun W. Hodge
THE HODGE LAW FIRM, PLLC
1301 Market Street
Galveston, Texas 77550
clist@hodgefirm.com
shodge@hodgefirm.com

**ATTORNEYS FOR PLAINTIFFS**

_____
MICHAEL KLEIN